UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JULIO VALDEZ,

                Petitioner,

    -against-                             9:05-CV-1064 (LEK/DRH)

WILLIAM J. BROWN,

                Respondent.

## DECISION AND ORDER

This matter comes before the Court following a Report-Recommendation filed on April 2, 2010, by the Honorable David R. Homer, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York. Report-Rec. (Dkt. No. 37).

Within fourteen days after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1. No objections have been raised in the allotted time with respect to Judge Homer's Report-Recommendation. Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 37) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that the Petitioner's petition for a writ of habeas corpus (Dkt. No. 1) is **DENIED**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:    April 22, 2010
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge